# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT E. JACKSON, JR., | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:16-CV-3027-M (BF) |
| SELECT PORTFOLIO SERVICING, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff Robert E. Jackson, Jr.'s claims against Defendants Mortgage Electronic Registration Systems, Inc. and Does 1-20 are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this 17 day of October, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE